AO 458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,   **APPEARANCE**

v.   CASE NUMBER: 99-322 (PG)

MALDONADO-GARCIA, ET. AL.

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for the United States of America.

| | |
|---|---|
| April 25, 2005 | /S/ Francisco A Ojeda-Diez |
| *Date* | *Signature* |
| | Francisco A. Ojeda-Diez |
| | *Print Name* |
| | *Torre Chardón, Suite 1201, 350 Chardón St.* |
| | Address |
| | Hato Rey, Puerto Rico 00918 |
| | City |
| | (787) 766-5656 |
| | Phone Number |

**CERTIFICATE OF SERV ICE**

  I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Guillermo A. Macari-Grillo, gmacari@iname.com.

  At Hato Rey, Puerto Rico, April 25, 2005.

                s/Francisco A. Ojeda-Diez
                Francisco A. Ojeda-Diez
                U.S.D.C. No. 211108
                Torre Chardón, Room 1201
                350 Carlos Chardón Avenue
                Hato Rey, Puerto Rico  00918
                Tel: 787-766-5656
                Fax: 787-766-5398
                E-mail: francisco.ojeda@usdoj.gov