AO 458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

FOR THE     DISTRICT OF     PUERTO RICO

UNITED STATES OF AMERICA,　　　　　　　　　**APPEARANCE**

　　　　　v.　　　　　　　　　　　　　　　CASE NUMBER: 99-322 (PG)

WILKINS MALDONADO-GARCIA, ET. AL.

To the Clerk of this court and all parties of record:

　　Enter my appearance as **lead counsel** in this case for the United States of America. Any other prior Assistant U.S. Attorney who has filed an appearance form in this case is to be terminated.

| | |
|---|---|
| July 11, 2005 | /s/ Scott H. Anderson |
| Date | Signature |
| | |
| | *Scott H. Anderson* |
| | Print Name |
| | |
| | 350 Torre Chardon, Suite 1201 |
| | Address |
| | |
| | Hato Rey, Puerto Rico 00918 |
| | City |
| | |
| | (787) 766-5656 |
| | Phone Number |

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Guillermo A. Macari-Grillo, Esq., gmacari@iname.com.

      At Hato Rey, Puerto Rico, July 11, 2005.

      s/ Scott H. Anderson
      Scott H. Anderson
      U.S.D.C. No. G00214
      Torre Chardón, Room 1201
      350 Carlos Chardón Avenue
      Hato Rey, Puerto Rico  00918
      Tel: 787-766-5656
      Fax: 787-771-4050
      E-mail: scott.anderson@usdoj.gov