WILKINS MALDONADO GARCIA   REG# 19305-069
Federal Correctional Institution, Elkton
P.O.Box. 10,   Lisbon  Ohio    44432



Caso # 99-cr-322-01-PG

17 de Enero de 2007



Hon. Juez: Aida M. Delgado Colon
United Stated Distric Court for Puerto Rico
150 Ave., Carlos Chardon
San Juan, Puerto Rico    00918

Honorable Juez: Delgado

   Por medio de la presente, me dirijo a usted muy respetuosamente, debido a un problema que tengo con la computación de mi sentencia en el Sistema de Prisiones (B.O.P.). Primero quiero expresarle que me dirijo a usted en el idioma español, porque no tengo conocimiento del idioma ingles.

   Mi problema se basa en que el B.O.P. no me quiere dar credito del tiempo que estuve sumariado en el M.D.C. Guaynabo. Yo estaba confinado en la estatal y fui trasladado a M.D.C. Guaynabo el 3 de Noviembre de 1999. Fui sentenciado en el Tribunal Federal el 8 de Enero de 2001. Se supone que el B.O.P. me acreditara ese tiempo a mi sentencia federal. El Sistema de Prisiones ( B.O.P.), me esta dando credito solamente desde el 20 de Agosto de 2000. Por tal razón, son aproximadamente 9 meses y 17 días los cuales el B.O.P. no me quiere dar credito en mi sentencia.

   El Sistema de Prisiones se a estado basando en que ese tiempo desde el 3 de Noviembre de 1999 hasta el 20 de Agosto de 2000 pertenece a la sentencia estatal. Pero cuando yo me declare culpable el Lcdo. Gabriel Hernandez quien fue mi abogado y mi traductor me dejó claro que el tiempo que llevaba sumariado en el M.D.C. Guaynabo me contaría en la sentencia federal y que así lo especificaba el acuerdo. También la oficial de pre-sentencia la Sra. Zulma Basora cuando me entrevisto, me confirmó que ese tiempo me lo acreditarían a

la sentencia federal.

Una vez en el sistema de prisiones, nunca me han querido dar credito por ese tiempo. La Institucion me a explicado que el " judgment" tiene una laguna en la cual no especifica exactamente desde cuando tienen que acreditar el tiempo, tampoco dice si la sentencia es concorrente con la estatal, al igual que no dice si es consecutiva . Pero el B.O.P. tiene el poder bajo la ley 18§ U.S.C. 3585 de determinar como acreditar el tiempo. La decisión del B.O.P. me afecta grandemente por que voy a tener que cumplir los 9 meses y 17 días dos veces.

He tomado la libertad de escribirle respetuosamente esta carta, por que hace varios meses usted re-sentencio a mi " co-defendant " Victor Lopez Hernandez, para enmendarle la sentencia y corregirle ese mismo problema, usted dictó correctamente la sentencia, para que él recibiera el credito del tiempo cumplido, que es exactamente el mismo que yo estoy reclamando.

Deseo explicarle que yo traté de resolver este problema, por los remedios administrativos que brinda la Institucion, pero al no saber escribir en ingles dañe el proceso y ahora no tengo la oportunidad de volver a someterlo, por que el B.O.P. no me lo permite. Tampoco tengo los recursos economicos para contratar los servicios de un abogado. Mis familiares se comunicaron varias veces con el Lcdo. Hernandez y la oficial Basora para ver como me podían ayudar a resolver este problema pero nunca obtuvimos ningun resultado de parte de ellos.

Por favor, desearía si es posible que usted me ayudara a resolver este problema, entendiendo que sería una injusticia que yo tuviera que cumplir este tiempo dos veces. Quisiera si usted puede me asignara un abogado, para yo poder corregir mi sentencia y obtener el credito de ese tiempo. Mi número de caso en la estatal es KPD1999G0499 y la sentencia fue de 2 años, esta información se la brindo por si es necesaria.

Pidiendole a Dios que la ilumine para que me pueda ayudar en esta situación. Espero si es posible recibir alguna contestación de su parte. Una vez más respetuosamente le agradeceré lo que usted pueda hacer en este caso. Gracias por su tiempo y atender este reclamo.

Respetuosamente y sin más ningún particular:

_____
Wilkins Maldonado Garcia