WILKINS MALDONADO GARCIA   REG. 19305-069
Federal Correctional Institution Elkton
P.O.Box. 10, Lisbon   Ohio   44432

Caso # 99-cr-322(PG)

1 de mayo de 2007

Hon. Juez; Aida Delgado Colon
United States District Court
for Puerto Rico, 150 Ave., Carlos
Chardon, San Juan  P.R. 00918



Honorable Juez: Delgado

    Por medio de la presente, me dirijo respetuosamente a usted para recordarle que en Enero, le envie una carta explicandole un problema que tengo con el Sistema de Prisiones referente a un credito del tiempo que estuve sumariado en M.D.C. Guaynabo. ( En mi primera carta esta bien explicado todo lo referente a la situacion).

    Al dia de hoy todavia no tengo ninguna contestacion de su parte, para saber si es posible que el Departamento de Asistencia Legal pueda ayudarme legalmente con este problema, para yo obtener el credito por el tiempo ya cumplido en M.D.C. Guaynabo. Para yo terminar mi sentencia solo me faltan 14 meses, sin contar ese credito que es de 9½ meses, toda esta situacion me puede afectar para el beneficio de la media casa, la cual seria de gran ayuda para mi.

    Mi mayor insistencia con usted es porque entiendo que seria injusto que yo tuviera que cumplir dos veces el mismo tiempo. (9½ meses). Solamente espero sea posible que usted pueda ayudarme a conseguir esta ayuda legal para corregir este problema.  Muchas Gracias por su atencion y atender este reclamo.

Respetuosamente y sin mas ningun particular;

*[signature]*

Wilkins Maldonado Garcia
Reg. # 19305-069
Federal Correctional Inst.
Elkton, P.O. Box 10, Lisbon
Ohio, 44432