

NAME WILKINS MALDONADO GARCIA
REG.# 19305-069
Federal Correctional Institution Elkton
P.O. BOX 10
Lisbon, OH 44432

7005 3110 0000 0089 3795

TO: CLERK'S OFFICES OF COURT
UNITED STATES DISTRICT OF PUERTO RICO
150 CARLOS CHARDON STREET, ROOM# 150
HATO REY, PUERTO RICO   00918-1767