IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff, | * <br> * <br> * |
| v. | *    Criminal Case No. 99-cr-322(JPG) |
| | * |
| WILKINS MALDONADO GARCIA<br>    Defendant. | * <br> * |

### NOTICE OF CHANGE OF ADDRESS

**Comes Now,** Wilkins Maldonado Garcia, hereafter "defendant", proceeding **pro-se** and respectfully nitifies this court of the following:

1. On January 14, 2008, the defendant filed a motion to modify term of imprisionment, pursuant to 18 U.S.C. 3582 (c)(2) based on the new amendment **706** from U.S. Sentencing Commission.

2. The defendant notifies the court, that on February 27, 2008, he will be transferred to the **half-way house,** and his new change of address, will be as follow; **HALF-WAY HOUSE, HOGAR CREA INC., P.O.BOX 753, SAINT JUST P.R. 00978** and the telephone number is 787-755-0808.

**Wherefore,** the defendant request that this Court, notify the defendant of any decision it takes as to this motion to modify his sentence, at the above referenced address.

**Respectfully Submitted;**

In the Federal Correctional Institution Elkton, Lisbon Ohio, on this the 19 day of February 2008.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY; that on the same date, a copy of the foregoing document was deposited into the U.S. Mail, with proper postage affixed, addressed to: U.S. Attorney Office, U.S. District Court of P.R., 350 Carlos Chardon Street, Suite# 1201 San Juan, P.R. 00918

In Lisbon, Ohio this 19 day of February 2008.

Wilkins Maldonado Garcia
Reg. Num. 19305-069
Pro-se Petitioner
Federal Correctional Inst.
P.O. Box 10
Lisbon, Ohio 44432