NAME WILKINS MALDONADO GARCIA
REG.# 19305-069
Federal Correctional Institution Elkton
P.O. BOX 10
Lisbon, OH 44432

TO: CLERK'S OFFICE OF COURT
U.S. DISTRICT COURT OF P.R.
150 CHARDON STREET, ROOM# 150
HATO REY, P.R. 00918

