**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　Plaintiff,<br><br>　　　　　　vs.<br><br>Wilkins Maldonado-Garcia,<br>　　　Defendant. | CRIMINAL NO. 99-322 (PG) |

**NOTICE OF APPEARANCE**

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

　　1.　　Enter the appearance of the undersigned Assistant Federal Public Defender (AFPD) as counsel for Wilkins Maldonado-Garcia.

　　2.　　Pursuant to policy of the Federal Public Defender for the District of Puerto Rico, notice of filings, both electronic and otherwise, are requested to be made jointly to the AFPD assigned to the case and to the Federal Public Defender, Mr. Joseph C. Laws, Jr.

　　I HEREBY CERTIFY that on this date I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties of record.

　　RESPECTFULLY SUBMITTED

In San Juan, Puerto Rico, this 6th day of March, 2008.

　　　　　　　　　　　　　　　　　　　　JOSEPH C. LAWS, JR.
　　　　　　　　　　　　　　　　　　　　Federal Public Defender
　　　　　　　　　　　　　　　　　　　　District of Puerto Rico

　　　　　　　　　　　　　　　　　　　　*S/ Hector L. Ramos Vega*
　　　　　　　　　　　　　　　　　　　　Hector L. Ramos-Vega
　　　　　　　　　　　　　　　　　　　　USDC-PR 222504
　　　　　　　　　　　　　　　　　　　　A.F.P.D. for Defendant
　　　　　　　　　　　　　　　　　　　　241 Franklin D. Roosevelt Avenue
　　　　　　　　　　　　　　　　　　　　Hato Rey, PR  00918-2441
　　　　　　　　　　　　　　　　　　　　Tel. (787) 281-4922 / Fax (787) 281-4899
　　　　　　　　　　　　　　　　　　　　E-mail : Hector_Ramos@fd.org