AO 247 (02/08)  Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

### JUDICIAL DISTRICT OF PUERTO RICO

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| **Wilkins MALDONADO-GARCIA** | ) Case No:  99 CR 00322-01 (PG) |
| | ) USM No:  19305-069 |
| Date of Previous Judgment:  January 8, 2001 | ) Gabriel HERNANDEZ-RIVERA |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  X  the defendant  ❏  the Director of the Bureau of Prisons  ❏  the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
❏ DENIED.    X GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of  108  months **is reduced to**  87 months  .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level:  29 | | Amended Offense Level:  27 | |
| Criminal History Category:  III | | Criminal History Category:  III | |
| Previous Guideline Range:  108  to  135  months | | Amended Guideline Range:  87  to  108  months | |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

X  The reduced sentence is within the amended guideline range.
❏  The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
❏  Other (explain):

**III. ADDITIONAL COMMENTS**

Parties submitted a Stipulation regarding reduction of sentence under 18 USC, § 3582(c)(2).

Except as provided above, all provisions of the judgment dated  _____  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  June 10, 2008                                   s/Juan M. Pérez-Giménez
                                                                              Judge's signature

Effective Date:  _____                              JUAN M. PEREZ-GIMENEZ, U. S. DISTRICT JUDGE
     (if different from order date)                              Printed name and title